UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re: THE RUSSELL FOUNDATION, INC. § Case No. 08-06317
§
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS A. KRUDY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $214,600.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $0.00 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $81,250.12 | |

3) Total gross receipts of $ 81,250.12 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $81,250.12 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $315,791.56 | $25,816.31 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 81,257.13 | 81,257.13 | 81,250.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 22,021.78 | 22,021.78 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,228,825.13 | 813,024.26 | 808,122.37 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,544,616.69 | $942,119.48 | $911,401.28 | $81,250.12 |

   4) This case was originally filed under Chapter 11 on May 30, 2008 and it was converted to Chapter 7 on July 16, 2008. The case was pending for 60 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/10/2013            By: /s/THOMAS A. KRUDY
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 7 - 2007 DODGE CALIBERS | 1129-000 | 6,030.00 |
| OFFICE EQUIPMENT | 1129-000 | 1,500.00 |
| SECURITY DEPOSITS | 1229-000 | 200.06 |
| STEELCASE OFFICE FURNITURE | 1229-000 | 4,500.00 |
| SALE PROCEEDS ON CARS | 1229-000 | 27,014.94 |
| AMERICAN EXPORESS SETTLEMENT | 1241-000 | 20,000.00 |
| Krudy v. Bob Block Fitness | 1241-000 | 4,000.00 |
| BEST BUY PREFERENCE | 1241-000 | 18,000.00 |
| Interest Income | 1270-000 | 5.12 |
| **TOTAL GROSS RECEIPTS** | | **$81,250.12** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | DCFS USA LLC | 4210-000 | 25,000.00 | 25,816.31 | 0.00 | 0.00 |
| NOTFILED | Chrysler Financial Corp. | 4110-000 | 5,955.03 | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Financial Corp. | 4110-000 | 105,348.18 | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Financial Corp. | 4110-000 | 44,072.13 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | Chrysler Financial Corp. | 4110-000 | 50,872.51 | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Financial Corp. | 4110-000 | 45,338.82 | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Financial Corp. | 4110-000 | 18,956.84 | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Financial Corp. | 4110-000 | 20,248.05 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $315,791.56 | $25,816.31 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS A. KRUDY | 2100-000 | N/A | 7,312.49 | 7,312.49 | 7,312.49 |
| THOMAS A. KRUDY | 2200-000 | N/A | 494.31 | 494.31 | 494.31 |
| U.S. TRUSTEE | 2950-000 | N/A | 650.00 | 650.00 | 642.99 |
| HALL & ASSOCIATES, INC. | 3410-000 | N/A | 6,000.00 | 6,000.00 | 6,000.00 |
| GRESK AND SINGLETON, LLP. | 3210-000 | N/A | 6,000.00 | 6,000.00 | 6,000.00 |
| GRESK & SINGLETON, LLP | 3210-002 | N/A | -826.95 | -826.95 | -826.95 |
| HALL & ASSOCIATES, INC. | 3410-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| HALL & ASSOCIATES, INC. | 3410-000 | N/A | 8,000.00 | 8,000.00 | 8,000.00 |
| GRESK AND SINGLETON, LLP. | 3210-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| HALL & ASSOCIATES, INC. | 3410-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| GRESK & SINGLETON, LLP | 3210-000 | N/A | 8,000.00 | 8,000.00 | 8,000.00 |
| HALL & ASSOCIATES, INC. | 3410-000 | N/A | 13,749.89 | 13,749.89 | 13,749.89 |
| BANK OF AMERICA, N.A. | 2600-000 | N/A | 13.16 | 13.16 | 13.16 |
| BANK OF AMERICA, N.A. | 2600-000 | N/A | 12.72 | 12.72 | 12.72 |
| BANK OF AMERICA, N.A. | 2600-000 | N/A | 7.25 | 7.25 | 7.25 |
| BANK OF AMERICA, N.A. | 2600-000 | N/A | 3.26 | 3.26 | 3.26 |
| BANK OF AMERICA, N.A. | 2600-000 | N/A | 2.95 | 2.95 | 2.95 |
| GRESK & SINGLETON, LLP | 3210-002 | N/A | -350.71 | -350.71 | -350.71 |
| THOMAS A KRUDY | 2100-002 | N/A | -116.90 | -116.90 | -116.90 |
| BANK OF AMERICA, N.A. | 2600-000 | N/A | 3.34 | 3.34 | 3.34 |
| BANK OF AMERICA, N.A. | 2600-000 | N/A | 3.74 | 3.74 | 3.74 |
| HALL & ASSOCIATES, INC. | 3410-002 | N/A | -701.42 | -701.42 | -701.42 |
| UNITED STATES BANKRUPTCY COURT | 2700-000 | N/A | 750.00 | 750.00 | 750.00 |
| UNITED STATES BANKRUPTCY COURT | 2700-000 | N/A | 750.00 | 750.00 | 750.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT | 2700-000 | N/A | 750.00 | 750.00 | 750.00 |
| UNITED STATES BANKRUPTCY COURT | 2700-000 | N/A | 750.00 | 750.00 | 750.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $81,257.13 | $81,257.13 | $81,250.12 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 22,021.78 | 22,021.78 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $22,021.78 | $22,021.78 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | SHERWIN-WILLIAMS | 7100-000 | 94.60 | 94.60 | 94.60 | 0.00 |
| 000002 | BUSINESS FURNITURE CORP. | 7100-000 | N/A | 33,405.07 | 33,405.07 | 0.00 |
| 000003 | FAULKENBERG PRINTING | 7100-000 | 12,875.57 | 13,432.33 | 13,432.33 | 0.00 |
| 000004 | I.P.L. | 7100-000 | 510.55 | 1,040.53 | 1,040.53 | 0.00 |
| 000005 | NORDSTROM FSB | 7100-000 | 10,678.44 | 10,678.44 | 10,678.44 | 0.00 |
| 000007 | COMDATA MASTERCARD | 7100-000 | 24,754.56 | 24,754.56 | 24,754.56 | 0.00 |
| 000008 | HSBC BANK NEVADA, N.A. | 7100-000 | N/A | 12,152.38 | 12,152.38 | 0.00 |
| 000009 | DISCOVER BANK DFS SERVICES LLC | 7100-000 | 9,926.31 | 6,979.08 | 6,979.08 | 0.00 |
| 000012 | DCFS USA LLC | 7100-000 | N/A | 34,995.87 | 34,995.87 | 0.00 |
| 000013 | DCFS USA LLC | 7100-000 | N/A | 4,283.80 | 4,283.80 | 0.00 |
| 000014 | DCFS USA LLC | 7100-000 | N/A | 12,629.12 | 12,629.12 | 0.00 |
| 000015 | DCFS USA LLC | 7100-000 | N/A | 11,600.75 | 11,600.75 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Claim No. | Claimant | Code | Amount Filed | Amount Allowed | Paid to Date | Balance |
|---|---|---|---|---|---|---|
| 000016 | DCFS USA LLC | 7100-000 | N/A | 23,051.30 | 23,051.30 | 0.00 |
| 000017 | DCFS USA LLC | 7100-000 | N/A | 13,655.69 | 13,655.69 | 0.00 |
| 000018 | DCFS USA LLC | 7100-000 | N/A | 18,239.98 | 18,239.98 | 0.00 |
| 000019 | DAIMLERCHRYSLER FINANCIAL SERVICES | 7100-000 | N/A | 6,901.02 | 6,901.02 | 0.00 |
| 000020 | FLEETCOR TECHNOLOGIES | 7100-000 | N/A | 4,807.29 | 4,807.29 | 0.00 |
| 000021 | SHERWIN-WILLIAMS | 7100-000 | N/A | 94.60 | 0.00 | 0.00 |
| 000022 | HRM INSURANCE SERVICES, INC. | 7100-000 | 13,800.00 | 4,304.00 | 4,304.00 | 0.00 |
| 000023 | LATTITUDES | 7100-000 | N/A | 5,244.42 | 5,244.42 | 0.00 |
| 000024 | LATTITUDES | 7100-000 | 17,000.00 | 5,488.71 | 5,488.71 | 0.00 |
| 000025 | SPRINT NEXTEL DISTRIBUTION | 7100-000 | 4,214.59 | 6,800.89 | 6,800.89 | 0.00 |
| 000026 | MIDLAND FUNDING LLC | 7100-000 | 558.78 | 753.65 | 753.65 | 0.00 |
| 000027 | ROYAL GALLERY OF RUGS | 7100-000 | 35,788.00 | 37,879.90 | 37,879.90 | 0.00 |
| 000028 | GE CAPITAL MONEY MC | 7100-000 | 182,895.85 | 187,477.17 | 187,477.17 | 0.00 |
| 000029 | JAMES HILL | 7100-000 | N/A | 307,471.82 | 307,471.82 | 0.00 |
| 000030 | DR. ARTHUR SUMRALL | 7200-000 | 1,000,000.00 | N/A | N/A | 0.00 |
| 000031 | FLEETCOR TECHNOLOGIES | 7100-000 | N/A | 4,807.29 | 0.00 | 0.00 |
| 000032 | AMERICAN EXPRESS TRAVEL RELATED SER | 7200-000 | 28,953.79 | 20,000.00 | 20,000.00 | 0.00 |
| NOTFILED | DirecTV | 7100-000 | 554.11 | N/A | N/A | 0.00 |
| NOTFILED | Dr. Parvin S. Carter | 7100-000 | 126.00 | N/A | N/A | 0.00 |
| NOTFILED | Fed Ex | 7100-000 | 113.57 | N/A | N/A | 0.00 |
| NOTFILED | Crown Hill Cemetary | 7100-000 | 4,806.00 | N/A | N/A | 0.00 |
| NOTFILED | Gehlbach & Royse Funderal Home | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BP Oil | 7100-000 | 4,389.33 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 644.46 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 213.84 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 3,066.73 | N/A | N/A | 0.00 |
| NOTFILED | Bobby Joe's Beef & Brew | 7100-000 | 402.11 | N/A | N/A | 0.00 |
| NOTFILED | Brewer Associates | 7100-000 | 850.00 | N/A | N/A | 0.00 |
| NOTFILED | Indiana Ethanol Capital Investments, LLC | 7100-000 | 700,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Jewelry Doctor | 7100-000 | 125.00 | N/A | N/A | 0.00 |
| NOTFILED | Integrity Wholesale Awnings | 7100-000 | 658.00 | N/A | N/A | 0.00 |
| NOTFILED | Skyline Club One America Square | 7100-000 | 3,965.41 | N/A | N/A | 0.00 |
| NOTFILED | Shell Oil Company | 7100-000 | 5,591.66 | N/A | N/A | 0.00 |
| NOTFILED | Williams & Bluitt Funeral Home | 7100-000 | 9,936.20 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Steelcase | 7100-000 | 16,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Selective Insurance Co. of America | 7100-000 | 887.00 | N/A | N/A | 0.00 |
| NOTFILED | WT Construction | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ray's Trash | 7100-000 | 529.65 | N/A | N/A | 0.00 |
| NOTFILED | Reidman Motor Company | 7100-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Menards | 7100-000 | 11,795.85 | N/A | N/A | 0.00 |
| NOTFILED | Joe Gomeztagle | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | PHSI Pure Water Finance | 7100-000 | 335.00 | N/A | N/A | 0.00 |
| NOTFILED | Parklane Total Look | 7100-000 | 7,141.00 | N/A | N/A | 0.00 |
| NOTFILED | AT & T | 7100-000 | 25.98 | N/A | N/A | 0.00 |
| NOTFILED | Proverbs Property Management | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | AMEX (AESC-P) | 7100-000 | 77,617.19 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,228,825.13 | $813,024.26 | $808,122.37 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-06317
**Case Name:** THE RUSSELL FOUNDATION, INC.

**Period Ending:** 07/10/13

**Trustee:** (340540) THOMAS A. KRUDY
**Filed (f) or Converted (c):** 07/16/08 (c)
**§341(a) Meeting Date:** 09/08/08
**Claims Bar Date:** 12/18/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHASE CHECKING | 100.00 | 1,000.00 | | 0.00 | FA |
| 2 | MISC BUSINESS DECOR | 500.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2007 DODGE CALIBER | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2000 DODGE STRATUS | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 5 | 2007 CHRYSLER 300C | 44,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | 7 - 2007 DODGE CALIBERS<br>    1 with vin#4356 | Unknown | 6,000.00 | | 6,030.00 | FA |
| 7 | 2007 CHRYSLER 300 | Unknown | 0.00 | OA | 0.00 | FA |
| 8 | 2003 FORD ECONOLINE PASS. VAN | 18,000.00 | 0.00 | OA | 0.00 | FA |
| 9 | 2006 FORD 2500 & 2006 DODG RAM 1500<br>    2006 FORD VAN WITH VIN # 0968 | 45,000.00 | 0.00 | OA | 0.00 | FA |
| 10 | 2007 FORD ECONOLINE | 25,000.00 | 0.00 | OA | 0.00 | FA |
| 11 | 2007 CADILLAC EXCALADE | 50,000.00 | 0.00 | OA | 0.00 | FA |
| 12 | OFFICE EQUIPMENT | 21,000.00 | 1,500.00 | | 1,500.00 | FA |
| 13 | COMPUTERS AND PRINTERS | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 14 | OFFICE SUPPLIES | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 15 | SECURITY DEPOSITS  (u)<br>    IPL DEPOSIT - REFUND | 0.00 | 200.06 | | 200.06 | FA |
| 16 | STEELCASE OFFICE FURNITURE  (u) | 0.00 | 9,000.00 | | 4,500.00 | FA |
| 17 | VOID  (u) | Unknown | 0.00 | | 0.00 | FA |
| 18 | SALE PROCEEDS ON CARS  (u)<br>    PER AGREEMENT WITH CHRYSLER - ESTATE<br>TO RECEIVE 25% | 0.00 | 5,000.00 | | 27,014.94 | FA |
| 19 | AMERICAN EXPORESS SETTLEMENT  (u)<br>    AMERICAN EXPRESS SETTLEMENT | 0.00 | 20,000.00 | | 20,000.00 | FA |
| 20 | Krudy v. Bob Block Fitness  (u) | Unknown | 4,000.00 | | 4,000.00 | FA |
| 21 | BEST BUY PREFERENCE  (u) | 0.00 | 18,000.00 | | 18,000.00 | FA |
| 22 | FRADULENT TRANSFER/GONZALEZ  (u)<br>    TRIAL SET FOR 5/4/11 | 0.00 | 282,000.00 | | 0.00 | FA |

Printed: 07/10/2013 10:05 AM    V.13.13

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-06317  
**Case Name:**   THE RUSSELL FOUNDATION, INC.

**Period Ending:** 07/10/13

**Trustee:**         (340540)    THOMAS A. KRUDY  
**Filed (f) or Converted (c):**  07/16/08 (c)  
**§341(a) Meeting Date:**        09/08/08  
**Claims Bar Date:**             12/18/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 23 | FRADULENT COVEYANCE/BATEMAN  (u)<br>PENDING NEW TRIAL DATE | 0.00 | 125,900.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 5.12 | FA |
| 24 | **Assets    Totals** (Excluding unknown values) | **$235,600.00** | **$472,600.06** | | **$81,250.12** | **$0.00** |

**Major Activities Affecting Case Closing:**

    4/3/2013 ORDER ON REPORT OF SALE WAS ENTERED 2/15/2013 - IN CLOSING  
    4/1/12 CASE IS IN CLOSING  
    4/1/11 ADVERARY PROCEEDINGS STILL PENDING

    4/15/10  TRUSTEE TO REQUEST A STATUS CONFERENCE  
    APPEARANCE FILED 07/30/08.  APPLICATION TO EMPLOY WAS FILED 07/30/08.  MOTION TO EMPLOY HALL & ASSOCIATES WAS FILED 08/04/08.  OBJECTION TO MOTION TO ABANDON - DOC #34 AND DOC #35 WAS FILED 08/05/08. COURT NOTICE OF HEARING ON MOITONS TO ABANDON AND OBJECTIONS SET FOR 10/08/08 - 08/21/08. MOTION FOR 2004 EXAMINATION  FILED 08/25/08. ORDER TO EMPLOY GRESK AND SINGELTON SIGNED 08/27/08. ORDER ON 2004 EXAMINATION SIGNED 08/27/08. ORDER TO EMPLOY HALL & ASSOCIATES DATED 09/05/08.  NOTICE OF POSSIBLE ASSETS WAS FILED 09/16/08. MOTION TO SELL WAS FILED 09/16/08. ORDER IN ASSET CASE DATED 09/17/08. MOTION DIRECTING ACCESS TO BANK ACCOUNT FILED 10/23/2008.  MOTION FOR AUTHORITY TO OBTAIN DUPLICATE TITLES FILED 10/09/08. ORDER TO SELL PROPERTY SIGNED 10/14/08. MOTION FOR AUTHORITY DIRECTING ACCESS TO BANK ACCOUNT FILED 10/23/08. ORDER GRANTING MOTION FOR AUTHORITY SIGNED 10/27/08. ORDER GRANTING AUTHORITY TO OBTAIN DUPLICATE TITLES WAS SIGNED 11/05/08. ORDER GRANTING AUTHORITY WAS SIGNED 11/07/08. BRIEF IN SUPPORT OF MOTION TO ABANDON FILED 11/19/08. MOTION TO SELL 2006 FORD VAN WAS FILED 12/09/08.  MOTION TO SELL 2007 DODGE CALIBER WAS FILED 12/09/08. COURT NOTICE OF HEARING ON OBJECTION FILED ON TRUSTEES MOTION TO SELL SET FOR 01/12/09 - 12/23/08.  ORDER GRANTING MOTION TO SELL SIGNED 01/13/09. FILED ORDER TO SELL FORD VAN 01/15/09.  MOTION FOR DUPLICATE TITLE WAS FILED 01/19/09. REPORT OF SALE ON 2007 DODGE CALIBER FILED 01/20/09.  AMENDED ORDER TO SELL PROPERTY SIGNED 01/26/09.  ORDER GRANTING MOTION FOR AUTHORITY SIGNED 01/27/09.  ORDER ON REPORT OF SALE SIGNED 01/27/09. APPLICATION TO COMPENSATE HALL & ASSOCIATES WAS FILED 02/06/09. MOTON TO COMPROMISE & SETTLE WAS FILED 02/16/09. MOTION TO SELL FILED 02/26/09. ORDER ON APPLICATION FOR COMPENSATION SIGNED 03/09/09. ORDER TO COMPROMISE & SETTLE SIGNED 03/12/09. COMPLAINT FILED AGAINST AMERICAN EXPRESS 03/24/09.  COMPLAINT FILED AGAINST DR. PARVIN S. CARTER 03/24/09.  APPLICATION FOR COMPENSATION FOR G&S WAS FILED 03/25/09.  ORDER ON MOTION TO SELL SIGNED 03/26/09.  AMENDED APPLICATION FOR FEES & EXPENSES WAS FILED 03/31/09.  ORDER FOR COMPENSATION SIGNED 04/22/09. MOTION FOR 2004 EXAMS FILED FOR MANUEL, PAUL AND MICHAEL 04/16/09.  PARVIN CARTER COS FILED 04/23/09. APPLICATION FOR COMPENSATION FOR G&S FILED 05/19/09.  REQUEST FOR ALIAS SUMMONS ON AX FILED 06/02/09.  APPLICATION FOR COMPENSATION FOR HALL & ASSOC. WAS FILED 06/08/09. AMERICAN EXPRESS COS FILED  
    06/11/09. ORDER GRANTING APPLICATION FOR COMPENSATION FOR HALL & ASSOCIATES, INC. DATED 07/06/09.  APPLICATION TO PAY HALL & ASSOCIATES WAS FILED 07/17/09.  
    MOTION TO COMPROMISE & SETTLE AX FILED 09/09/09.  APPLICATION FOR COMPENSATION FOR G&S FILED 09/09/09.  MOTION TO CONTINUE HEARINGS FILED 10/14/09. FILED  
    COMPLAINTS AGAINST RUSSELL, BATEMAN & GONZALEZ 11/03/09.  BATEMAN CERTIFICATE OF SERVICE FILED 11/18/09.  RUSSELL REQUEST FOR ALIAS SUMMONS FILED 11/18/09.

Case 08-06317-BHL-7A   Doc 302   Filed 08/01/13   EOD 08/01/13 11:20:24   Pg 10 of 16

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 08-06317 | **Trustee:** (340540) THOMAS A. KRUDY |
| **Case Name:** THE RUSSELL FOUNDATION, INC. | **Filed (f) or Converted (c):** 07/16/08 (c) |
| | **§341(a) Meeting Date:** 09/08/08 |
| **Period Ending:** 07/10/13 | **Claims Bar Date:** 12/18/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

APPLICATION FOR COMPENSATION FOR HALL & ASSOCIATES WAS FILED ON 12/1/09. ORDER ON THE APPLICATION FOR COMPENSATION WAS UPLOADED ON 12/1/09. NOTICE OF
DISMISSAL FILED - AMERICAN EXPRESS 12/10/09. REQUESTED ALIAS SUMMONS - GONZALEZ 12/10/09. MOTION FOR RELIEF FROM JUDGMENT - WALTERS -FILED 12/22/09. REQUEST FOR ALIAS SUMMONS FILED 01/04/10. MOTION TO CONTINUE HEARING - BEST BUY FILED 01/05/10. MOTION TO COMPROMISE & SETTLE FILED - BOB BLOCK 01/19/10. APPLICATION FOR COMPENSATION FILED 01/19/10. PRETRIAL STATEMENT - GONZALEZ FILED 01/27/10. STIPULATION OF DISMISSAL - BOB BLOCK- FILED 03/03/10. JOINT PRETRIAL
STATEMENT - WALTERS FILED 03/04/10. AMENDED COMPLAINT FILED AGAINST BEST BUY ON 03/24/10. MOTION TO CONTINUE HEARING - BEST BUY FILED 03/26/10. MOTION FOR SUMMARY JUDGMENT FILED AGAINST MANUEL GONZALEZ 06/30/10. MOTION TO COMPROMISE & SETTLE BEST BUY FILED 10/06/10. APPLICATION FOR COMPENSATION - GS FILED 10/06/10. ORDER ON APPLICATION FOR COMPENSATION WAS SIGNED ON 11/1/10. FINAL WITNESS LIST AND EXHIBIT LIST FILED IN ADVERSARY AGAINST MANUEL GONZALEZ 03/30/11. FILED AMENDED MOTION FOR AUTHORITY TO ASSIGN CLAIMS 11/02/11. APPLICATION FOR INTERIM COMPENSATION FOR TAK FILED 11/16/11. ORDER ON MOTION FOR AUTHORITY TO ASSIGN CLAIMS WAS SIGNED ON 1/13/12. NOTICE OF WITHDRAWAL OF CLAIM #30 FOR DR. SUMRALL IN CONSIDERATION OF ASSIGNMENT OF CLAIMS OF DEBTORS WAS FILED ON 3/18/12.OMNIBUS OBJECTION TO CLAIMS WAS FILED ON 9/24/12. ORDER ON THE OMNIBUS OBJECTION WAS UPLOADED ON 9/24/12. REPORT OF SALE ON THE FURNITURE FOR 1,500 WAS FILED ON 1/16/13. ORDER ON THE REPORT OF SALE WAS UPLOADED ON 1/16/13. REPORT OF SALE ON THE FURNITURE FOR 4,500.00 WAS FILED ON 1/16/13. ORDER ON THE REPORT OF SALE WAS FILED ON 1/16/13. ORDER ON REPORT OF SALE FOR BUSINESS ASSETS AND FURNISHINGS WAS SIGNED ON 2/25/13. ORDER ON THE REPORT OF SALE TO BUSINESS FURNITURE LLC WAS SIGNED ON 2/25/13.

**Initial Projected Date Of Final Report (TFR):**   September 30, 2009   **Current Projected Date Of Final Report (TFR):**   April 4, 2013   (Actual)

Printed: 07/10/2013 10:05 AM   V.13.13

Case 08-06317-BHL-7A   Doc 302   Filed 08/01/13   EOD 08/01/13 11:20:24   Pg 11 of 16

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-06317
**Case Name:** THE RUSSELL FOUNDATION, INC.

**Taxpayer ID #:** **-***1194
**Period Ending:** 07/10/13

**Trustee:** THOMAS A. KRUDY (340540)
**Bank Name:** BANK OF AMERICA, N.A.
**Account:** ********38 - Money Market Account
**Blanket Bond:** $80,333,391.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/19/08 | {12} | THE RUSSELL FOUNDATION, INC. | OFFICE EQUIPMENT | 1129-000 | 1,500.00 | | 1,500.00 |
| 09/30/08 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.04 | | 1,500.04 |
| 10/09/08 | {15} | THE RUSSELL FOUNDATION, INC. | SECURITY DEPOSIT - IPL | 1229-000 | 200.06 | | 1,700.10 |
| 10/31/08 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.16 | | 1,700.26 |
| 11/26/08 | {16} | BUSINESS FURNITURE, LLC | OFFICE FURNITURE/STEELCASE | 1229-000 | 4,500.00 | | 6,200.26 |
| 11/28/08 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.13 | | 6,200.39 |
| 12/31/08 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 6,200.71 |
| 01/20/09 | {6} | THE RUSSELL FOUNDATION, INC. | 2007 DODGE CALIBER | 1129-000 | 6,030.00 | | 12,230.71 |
| 01/30/09 | Int | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 12,230.77 |
| 02/27/09 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 12,230.86 |
| 03/13/09 | | Transfer to Acct #4429666241 | Bank Funds Transfer | 9999-000 | | 6,000.00 | 6,230.86 |
| 03/31/09 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 6,230.94 |
| 04/24/09 | | Transfer to Acct #4429666241 | Bank Funds Transfer | 9999-000 | | 6,000.00 | 230.94 |
| 04/30/09 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 231.04 |
| 05/04/09 | | GRESK & SINGLETON, LLP | REFUND/OVERPAYMENT | 3210-002 | | -826.95 | 1,057.99 |
| 05/06/09 | {18} | THE RUSSELL FOUNDATION, INC. | PROCEEDS FROM SELL OF VEHICLES | 1229-000 | 17,808.02 | | 18,866.01 |
| 05/08/09 | | Transfer to Acct #4429666241 | Bank Funds Transfer | 9999-000 | | 10,000.00 | 8,866.01 |
| 05/26/09 | {18} | CHRYSLER FINANCIAL SERVICES | SALE OF CARS | 1229-000 | 9,206.92 | | 18,072.93 |
| 05/29/09 | Int | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 18,073.04 |
| 05/29/09 | | Transfer to Acct #4429666241 | Bank Funds Transfer | 9999-000 | | 8,000.00 | 10,073.04 |
| 06/16/09 | | Transfer to Acct #4429666241 | Bank Funds Transfer | 9999-000 | | 10,000.00 | 73.04 |
| 06/30/09 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 73.17 |
| 09/21/09 | {19} | AMERICAN EXPRESS | PAYMENT PURSUANT TO SETTLEMENT | 1241-000 | 20,000.00 | | 20,073.17 |
| 09/30/09 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 20,073.29 |
| 10/02/09 | | Transfer to Acct #4429666241 | Bank Funds Transfer | 9999-000 | | 10,000.00 | 10,073.29 |
| 10/30/09 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 10,073.55 |
| 11/10/09 | | Transfer to Acct #4429666241 | Bank Funds Transfer | 9999-000 | | 8,000.00 | 2,073.55 |
| 11/30/09 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 2,073.68 |
| 12/31/09 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 2,073.73 |
| 01/29/10 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 2,073.78 |
| 02/26/10 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 2,073.83 |
| 03/04/10 | {20} | BOB BLOCK FITNESS EQUIPMENT | PAYMENT PURSUANT TO SETTLEMENT | 1241-000 | 4,000.00 | | 6,073.83 |
| 03/31/10 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 6,073.96 |
| 04/30/10 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,074.11 |
| 05/28/10 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,074.26 |

Subtotals : $63,247.31   $57,173.05

{} Asset reference(s)

Printed: 07/10/2013 10:05 AM   V.13.13

Case 08-06317-BHL-7A   Doc 302   Filed 08/01/13   EOD 08/01/13 11:20:24   Pg 12 of 16

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-06317  
**Case Name:** THE RUSSELL FOUNDATION, INC.  
**Taxpayer ID #:** **-***1194  
**Period Ending:** 07/10/13  

**Trustee:** THOMAS A. KRUDY (340540)  
**Bank Name:** BANK OF AMERICA, N.A.  
**Account:** ********38 - Money Market Account  
**Blanket Bond:** $80,333,391.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/10 | Int | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.15 | | 6,074.41 |
| 07/30/10 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,074.56 |
| 08/31/10 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,074.72 |
| 09/30/10 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,074.87 |
| 10/29/10 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 6,075.01 |
| 11/10/10 | {21} | BEST BUY PURCHASING LLC | PAYMENT PURSUANT TO SETTLEMENT | 1241-000 | 18,000.00 | | 24,075.01 |
| 11/30/10 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.38 | | 24,075.39 |
| 12/15/10 | | Transfer to Acct #4429666241 | Bank Funds Transfer | 9999-000 | | 13,749.89 | 10,325.50 |
| 12/31/10 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.42 | | 10,325.92 |
| 01/31/11 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 10,326.18 |
| 02/28/11 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,326.26 |
| 03/31/11 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,326.35 |
| 04/29/11 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,326.43 |
| 05/31/11 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,326.52 |
| 06/30/11 | Int | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 10,326.60 |
| 07/29/11 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,326.68 |
| 08/31/11 | Int | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 10,326.77 |
| 09/30/11 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,326.85 |
| 10/31/11 | Int | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 10,326.94 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.16 | 10,313.78 |
| 11/30/11 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,313.86 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.72 | 10,301.14 |
| 12/14/11 | | Transfer to Acct #4429666241 | Bank Funds Transfer | 9999-000 | | 7,806.80 | 2,494.34 |
| 12/30/11 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 2,494.39 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.25 | 2,487.14 |
| 01/31/12 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,487.16 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.26 | 2,483.90 |
| 02/29/12 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,483.92 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.95 | 2,480.97 |
| 03/13/12 | | GRESK & SINGLETON, LLP | ATTORNEY FEE DISGORGEMENT | 3210-002 | | -350.71 | 2,831.68 |
| 03/13/12 | | THOMAS A KRUDY | DISGORGEMENT | 2100-002 | | -116.90 | 2,948.58 |
| 03/30/12 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,948.60 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.34 | 2,945.26 |
| 04/30/12 | Int | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,945.28 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.74 | 2,941.54 |
| 05/04/12 | | HALL & ASSOCIATES, INC. | DISGORGEMENT | 3410-002 | | -701.42 | 3,642.96 |
| 05/09/12 | | Transfer to Acct #4429666241 | Bank Funds Transfer | 9999-000 | | 3,000.00 | 642.96 |
| | | | Subtotals : | | $18,002.78 | $23,434.08 | |

{} Asset reference(s)

Printed: 07/10/2013 10:05 AM    V.13.13

Case 08-06317-BHL-7A    Doc 302    Filed 08/01/13    EOD 08/01/13 11:20:24    Pg 13 of 16

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-06317 | | Trustee: | THOMAS A. KRUDY (340540) |
|---|---|---|---|---|
| Case Name: | THE RUSSELL FOUNDATION, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account: | ********38 - Money Market Account |
| Taxpayer ID #: | **-***1194 | | Blanket Bond: | $80,333,391.00  (per case limit) |
| Period Ending: | 07/10/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/31/12 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 642.97 |
| 06/29/12 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 642.98 |
| 07/31/12 | Int | BANK OF AMERICA, N.A. | Interest Earned | 1270-000 | 0.01 | | 642.99 |
| 08/03/12 | | Bank of America | Transfer to The Bank of New York Mellon | 9999-000 | | 642.99 | 0.00 |
| | | | ACCOUNT TOTALS | | 81,250.12 | 81,250.12 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 83,199.68 | |
| | | | Subtotal | | 81,250.12 | -1,949.56 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $81,250.12 | $-1,949.56 | |

{} Asset reference(s)

Printed: 07/10/2013 10:05 AM    V.13.13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 08-06317
**Case Name:** THE RUSSELL FOUNDATION, INC.

**Taxpayer ID #:** **-***1194
**Period Ending:** 07/10/13

**Trustee:** THOMAS A. KRUDY (340540)
**Bank Name:** BANK OF AMERICA, N.A.
**Account:** ********41 - BofA - Checking Account
**Blanket Bond:** $80,333,391.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/13/09 | | Transfer from Acct #4429666238 | Bank Funds Transfer | 9999-000 | 6,000.00 | | 6,000.00 |
| 03/13/09 | 3001 | HALL & ASSOCIATES, INC. | PER ORDER DATED 03/09/09 | 3410-000 | | 6,000.00 | 0.00 |
| 04/24/09 | | Transfer from Acct #4429666238 | Bank Funds Transfer | 9999-000 | 6,000.00 | | 6,000.00 |
| 04/24/09 | 3002 | GRESK AND SINGLETON, LLP. | PARTIAL ATTY FEES -ORDER 04/22/09 | 3210-000 | | 6,000.00 | 0.00 |
| 05/08/09 | | Transfer from Acct #4429666238 | Bank Funds Transfer | 9999-000 | 10,000.00 | | 10,000.00 |
| 05/08/09 | 3003 | HALL & ASSOCIATES, INC. | PER ORDER DATED 03/09/09 | 3410-000 | | 10,000.00 | 0.00 |
| 05/29/09 | | Transfer from Acct #4429666238 | Bank Funds Transfer | 9999-000 | 8,000.00 | | 8,000.00 |
| 05/29/09 | 3004 | HALL & ASSOCIATES, INC. | PARTIAL PAYMENT PER ORDER 03/09/09 | 3410-000 | | 8,000.00 | 0.00 |
| 06/16/09 | | Transfer from Acct #4429666238 | Bank Funds Transfer | 9999-000 | 10,000.00 | | 10,000.00 |
| 06/16/09 | 3005 | GRESK AND SINGLETON, LLP. | PARTIAL PAYMENT PER ORDER 06/16/09 | 3210-000 | | 10,000.00 | 0.00 |
| 10/02/09 | | Transfer from Acct #4429666238 | Bank Funds Transfer | 9999-000 | 10,000.00 | | 10,000.00 |
| 10/02/09 | 3006 | HALL & ASSOCIATES, INC. | PER ORDER DATED 08/26/09 | 3410-000 | | 10,000.00 | 0.00 |
| 11/10/09 | | Transfer from Acct #4429666238 | Bank Funds Transfer | 9999-000 | 8,000.00 | | 8,000.00 |
| 11/19/09 | 3007 | GRESK & SINGLETON, LLP | PER COURT ORDER DATED 11/18/2009 | 3210-000 | | 8,000.00 | 0.00 |
| 12/15/10 | | Transfer from Acct #4429666238 | Bank Funds Transfer | 9999-000 | 13,749.89 | | 13,749.89 |
| 12/15/10 | 3008 | HALL & ASSOCIATES, INC. | PRTL PYMT FOR ORDER DATED 7/6/09 | 3410-000 | | 13,749.89 | 0.00 |
| 12/14/11 | | Transfer from Acct #4429666238 | Bank Funds Transfer | 9999-000 | 7,806.80 | | 7,806.80 |
| 12/14/11 | 3009 | THOMAS A KRUDY | CHAP. 7 TRUSTEE STAT. COMP. PER ORDER DATED 12/13/11. | 2100-000 | | 7,312.49 | 494.31 |
| 12/14/11 | 3010 | THOMAS A KRUDY | CHAP. 7 EXPENSES PER ORDER 12/13/11 | 2200-000 | | 494.31 | 0.00 |
| 05/09/12 | | Transfer from Acct #4429666238 | Bank Funds Transfer | 9999-000 | 3,000.00 | | 3,000.00 |
| 05/09/12 | 3011 | UNITED STATES BANKRUPTCY COURT | COA ADV 09-50197, 09-50198,09-50426 | 2700-000 | | 750.00 | 2,250.00 |
| 05/09/12 | 3012 | UNITED STATES BANKRUPTCY COURT | COA ADV 09-50428, 09-50429,09-50430 | 2700-000 | | 750.00 | 1,500.00 |
| 05/09/12 | 3013 | UNITED STATES BANKRUPTCY COURT | COA ADV 09-50431, 09-50491,09-50492 | 2700-000 | | 750.00 | 750.00 |
| 05/09/12 | 3014 | UNITED STATES BANKRUPTCY COURT | COA ADV 09-50677,09-50678,09-50679 | 2700-000 | | 750.00 | 0.00 |

|   |   |   |
|---|---|---|
| **ACCOUNT TOTALS** | 82,556.69 | 82,556.69 | $0.00 |
| Less: Bank Transfers | 82,556.69 | 0.00 | |
| **Subtotal** | 0.00 | 82,556.69 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$82,556.69** | |

{} Asset reference(s)

Printed: 07/10/2013 10:05 AM   V.13.13

Case 08-06317-BHL-7A    Doc 302    Filed 08/01/13    EOD 08/01/13 11:20:24    Pg 15 of 16

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 08-06317 | | Trustee: | THOMAS A. KRUDY (340540) |
|---|---|---|---|---|
| Case Name: | THE RUSSELL FOUNDATION, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******09-66 - Checking Account |
| Taxpayer ID #: | **-***1194 | | Blanket Bond: | $80,333,391.00  (per case limit) |
| Period Ending: | 07/10/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/03/12 | | The Bank of New York Mellon | Transfer from Bank of America | 9999-000 | 642.99 | | 642.99 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001034054088 20130117 | 9999-000 | | 642.99 | 0.00 |
| | | | ACCOUNT TOTALS | | 642.99 | 642.99 | $0.00 |
| | | | Less: Bank Transfers | | 642.99 | 642.99 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

{} Asset reference(s)                                                                Printed: 07/10/2013 10:05 AM    V.13.13

Case 08-06317-BHL-7A    Doc 302    Filed 08/01/13    EOD 08/01/13 11:20:24    Pg 16 of 16

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 08-06317 | Trustee: | THOMAS A. KRUDY (340540) |
| --- | --- | --- | --- |
| Case Name: | THE RUSSELL FOUNDATION, INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ****160766 - Checking Account |
| Taxpayer ID #: | **-***1194 | Blanket Bond: | $80,333,391.00  (per case limit) |
| Period Ending: | 07/10/13 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 642.99 | | 642.99 |
| 05/20/13 | 20101 | U.S. TRUSTEE | Dividend paid  98.92% on $650.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 642.99 | 0.00 |
| | | | ACCOUNT TOTALS | | 642.99 | 642.99 | $0.00 |
| | | | Less: Bank Transfers | | 642.99 | 0.00 | |
| | | | Subtotal | | 0.00 | 642.99 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $642.99 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ********38 | 81,250.12 | -1,949.56 | 0.00 |
| Checking # ********41 | 0.00 | 82,556.69 | 0.00 |
| Checking # 9200-******09-66 | 0.00 | 0.00 | 0.00 |
| Checking # ****160766 | 0.00 | 642.99 | 0.00 |
| | $81,250.12 | $81,250.12 | $0.00 |

{} Asset reference(s)

Printed: 07/10/2013 10:05 AM    V.13.13